FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(Inmate Number)

CT-7510

(Name of Plaintiff)

THOMAS BARNDT

(Address of Plaintiff)

1000 FOLLIES RD., DALLAS, PA 18612

vs.

Michael PUCCI

(Names of Defendants)

3: CV 05

(Case Number)

COMPLAINT

FILED
SCRANTON
DEC 27 2005
PER ________
DEPUTY CLERK

TO BE FILED UNDER: X 42 U.S.C. § 1983 - STATE OFFICIALS

____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?
X Yes ____ No

B. Have you filed a grievance concerning the facts relating to this complaint?
X Yes ____ No

If your answer is no, explain why not ________

C. Is the grievance process completed? X Yes ____ No

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant MICHAEL PUCCI is employed as Sgt. MICHAEL Pucci at SCI- DALLAS

B. Additional defendants

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. AT SCI-DALLAS BETWEEN 720 AND 735 AM ON JUNE 22,2004 DEFENDANT MICHAEL PUCCI HIT PLAINTIFF THOMAS BARNDT IN THE FACE AND SLAMMED PLAINTIFFS' FACE INTO A WALL 4 TO 5 TIMES WHILE PLAINTIFF WAS HAND CUFFED BEHIND HIS BACK. DEFENDANT PUCCI THEN FALSELY CHARGED PLAINTIFF WITH ASSAULT.

2.

3.

## V. Relief

**(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)**

1. COMPENSATORY DAMAGES - XX 4x $15,000 for PAIN AND SUFFERING AND MONEY LOST. MENTAL ANGUISH, EMOTIONAL DISTRESS, AND ANXIETY. NOSE BLEED, FACE CUTS, AND SWELLING OF FACE. PLAINTIFF WAS PUT IN RHU FOR FALSE ASSAULT CHARGE.

2. PUNITIVE DAMAGES - $15,000 DEFENDANT WAS MOTIVATED BY IN TENT AND RECKLESS AND CALLOUS INDIFFERENCE TO PLAINTIFFS' RIGHTS.

   EXEMPLARY DAMAGES - $10,000

3. PRELIMINARY INJUNCTION - TO ORDER PA DOC TO TRANSFER PLAINTIFF TO SCI COAL TOWNSHIP, SCI MAHANOY, OR SCI FRACKVILLE WHICH IS CLOSER TO PLAINTIFFS' FIVE GRAND-CHILDREN IN LEBANON COUNTY. The Administration, CO's + Medical has something personal against Plaintiff. See A, B, C, D E, F

Signed this 22nd day of December, 2005

Thomas Barndt
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

December 22, 2005
(Date)

Thomas Barndt
(Signature of Plaintiff)

RECEIVED

OCT 0 9 2001

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS

Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| | |
|---|---|
| 1. To: (Name and Title of Officer) FRC | 2. Date: 10-1-01 |
| 3. By: (Print Inmate Name and Number) [redacted] | 4. Counselor's Name MS. Boris |
| Inmate Signature | 5. Unit Manager's Name |
| 6. Work Assignment | 7. Housing Assignment [redacted] |

8. Subject: State your request completely but briefly. Give details.

that you let me out of RHU and cancel my transfer because of the following: On DC-141 PART III Review 9/6/01
1. "I do not have a history of assaults against females."
2. I ask Ms. Wildenstein to allow me to have my magazines - I used a ?.
Thank you,

9. Response: (This Section for Staff Response Only)

NO!! you killed a female!
you will be allowed 10 magazines.

To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐

Staff Member Name E. Kneiss (Print) / [signature] (Sign) Date 10/9/01

cc DSfm
MAJOR
UMgr Wildenstein

Revised July 2000

DC-7X

TEMPORARY TRANSFER INFORMATION

THIS FORM IS TO BE FORWARDED TO AUTHORITIES ACCEPTING TEMPORARY CUSTODY OF THE INMATE.

COMMONWEALTH OF PENNSYLVANIA

DEPARTMENT OF CORRECTIONS

TO:
LEBANON CO SHERIFF

FROM:
SCI DALLAS
(SEE INSTRUCTIONS BELOW)

DOC # CT7510
NAME: BARNDT, THOMAS

HOME ADDRESS: NONE PROVIDED
UNK
UNK
00000

DOB: 10/14/1952

BILL & TERM NUMBER:
CP#11134 1991

| | MINIMUM | MAXIMUM |
|---|---|---|
| SENTENCE: | N/A | LIFE |
| EXPIR. DATE: | N/A | N/A |

PROBLEM AREAS

ALCOHOL: NV
DRUGS: V
SEXUAL:
ASSAULT: V
ESCAPE: V
SUICIDE: NV
PSYCH: NV

CHARGE: MURDER (1ST DEGREE)

DETAINER(S): PLEASE BE ADVISED THAT THIS INMATE IS SUBJECT TO LAWFUL COMMITMENT TO THE PA DOC, TO WHICH HE/SHE HAS NOT YET BEEN DISCHARGED. THIS INDIVIDUAL IS TO BE RETURNED TO THE CUSTODY OF THE PA DOC UPON COMPLETION OF THIS TEMPORARY TRANSFER.

THE ABOVE NAMED INMATE IS BEING TRANSFERRED ON 6/03/2002 FOR THE PURPOSE OF: COURT

TO ASSIST IN SUPERVISING THIS INMATE WHILE IN YOUR CUSTODY, THE FOLLOWING INFORMATION IS FURNISHED:

CUSTODIAL CLASSIFICATION:
CUSTODY LEVEL: 3 GENERAL POPULATION
CUSTODY PROGRAMS
OBSERVATION LIFER

SPECIAL PROBLEMS:
EXTRA SECURITY PRECAUTIONS
ESCAPE VERIFIED

SEPARATE FROM:
STAFF WILDENSTEIN, BRENDALEE

THIS IS TEMPORARY TRANSFER INFORMATION ON ME WITH ESCAPE VERIFIED ON IT. I NEVER HAD AN ESCAPE. SEE STATUS SHEET 3/31/2005.

RECOMMENDATIONS:

DATE: 05/31/2002 SIGNATURE: JOHN FLAHERTY TITLE: RS 2

INSTRUCTIONS: THIS FORM IS TO BE GIVEN TO THE OFFICERS ASSUMING CUSTODY OF INMATE FOR DELIVERY TO THE COGNIZANT AUTHORITY. PREPARE IN





# COMMONWEALTH OF PENNSYLVANIA

## DC16E - SENTENCE STATUS SUMMARY DEPARTMENT OF CORRECTIONS

Name: Thomas Barndt    Inmate #: CT7510    Draft for Version No: 3 as on 3/31/2005 8:24:20 AM

### 1. REFERENCES AND IDENTIFICATION

| DOC # | Commitment Name | PBPP # | SID # | FBI # | Phila Photo # |
|---|---|---|---|---|---|
| CT7510 | THOMAS BARNDT | 6650H | 10408971 | 07761J10 | |
| **DOB** | **Place of Birth** | | | **Race** | **Sex** |
| 10/14/1952 | LEBANON PA USA | | | W | M |

### 2. SENTENCE SUMMARY

| Sent Date | County/State/Federal | Indictments | Sent Type | Minimum Y | Minimum M | Minimum D | Maximum Y | Maximum M | Maximum D |
|---|---|---|---|---|---|---|---|---|---|
| 05/17/1995 | Lebanon | CP#11134/0091 | | Life | | | Life | | |
| **Plea:** | Found Guilty | **OTN:** C5130613 | **Judge:** EBY, ROBERT J. | | | | | | |
| **Offense:** | CC2502A - MURDER (1ST DEGREE) | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| **Reception Date** | 05/22/1995 | | **Reentered from DOC #** | |
| **Controlling Minimum Date** | Life | | **New Maximum - PV** | |
| **Controlling Maximum Date** | Life | | **Problematic Offense** | YES |

**Summary or Remarks on Sentence**

| | |
|---|---|
| ***Remarks*** | Version 2 created. Detainer added.<br>Version 3 created, sentenced on detainer. |

### 3. SENTENCE STRUCTURE

**Commitment Credit**

Computation 1    CP#11134/0091 : 11/23/1991 to 05/17/1995

| | |
|---|---|
| ***Remarks*** | |

**Bail/Escape/Interruption Time Data**

None





DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

| FOR OFFICIAL USE ONLY |
|---|
| [illegible] |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: SCI-DALLAS | DATE: [illegible] |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) BARNDT T. T-7510 | SIGNATURE of INMATE: Thomas Barndt | |
| WORK ASSIGNMENT: — | HOUSING ASSIGNMENT: H-69 | |

INSTRUCTIONS:
1 Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

[illegible] medical [illegible] inmate Barndt HCV treatment. [illegible] Barndt. [illegible] to have Barndt [illegible] assault.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

DR. Bohinski D.O.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

[signature] [illegible] 12/15/05

Signature of Facility Grievance Coordinator    Date

**WHITE** - Facility Grievance Coordinator Copy **CANARY** - File Copy **PINK** - Action Return Copy **GOLDENROD** - Inmate Copy

Revised
December 2000

D

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

| FOR OFFICIAL USE ONLY |
| --- |
| [illegible] |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: Dallas | DATE: 12-13-05 |
| --- | --- | --- |
| FROM: (INMATE NAME & NUMBER) EARNST T [illegible] T7510 | SIGNATURE of INMATE: [signature] | |
| WORK ASSIGNMENT: — | HOUSING ASSIGNMENT: H-[illegible]-7 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

[illegible]
[illegible]
[illegible]
[illegible] taking [illegible]
[illegible]
[illegible] about a [illegible] in my [illegible]
[illegible]

**B.** List actions taken and staff you have contacted, before submitting this grievance.

[illegible] Dr. [illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

[signature] [illegible]

Signature of Facility Grievance Coordinator — Date

**WHITE** - Facility Grievance Coordinator Copy **CANARY** - File Copy **PINK** - Action Return Copy **GOLDENROD** - Inmate Copy

Revised
December 2000

E

# hinge on witness

By Jack Sherzer
Patriot-News

LEBANON — Depending on whether it's the prosecution or defense doing the arguing, the bits of evidence either point directly at Thomas Barndt as the killer of his wife, or they merely are parts of an incomplete puzzle.

And as a Lebanon County jury begins deliberating today, much may come down to the strength of the glue holding the parts of the prosecution's puzzle together: Michael Bercheny, a self-described alcoholic who began telling police contradictory stories of helping Barndt with the killing only after he was facing charges for another crime.

It wasn't until June 1992 that Bercheny, facing rape and sexual-assault charges, told police how he entered the home at 1030 Colebrook Road on Sept. 30, 1991, after hearing a shot, and saw Barndt standing over the body of his wife, Andrea Barndt, 31.

At first, Bercheny said he didn't remember much, but after detectives kept at him to work on his memory, he eventually confessed to helpir year-old fath wife in a sh second-f here her und Nov.

guments yesterday, Barndt's lawyer, Charles P. Buchanio, characterized Bercheny as a liar trying to get out of trouble and merely telling police details he read in the newspaper. He scoffed at Bercheny's story that "memory exercises" have helped him recall a crime of which he initially denied any knowledge.

"Give me a break," Buchanio said, raising his hands in mock frustration. "My client is sitting over there because somebody has to do memory exercises to remember something after he is

See TRIAL — Page B8



Patriot-News/Ton

TRYING TIMES — Family members, from left, Linda Barndt, gianna Barndt and wait for trial to resume in Lel courthouse. See story B8.

LEBANON CO

# Barndt's fate may hinge on witne

TRIAL — From Page B1

charged with rape — I suggest to you that that is criminal."

The rape charges were dropped when the woman did not appear for court and the prosecution has agreed to dismiss homicide and conspiracy-to-commit-homicide charges against Bercheny in return for his cooperation.

Noting the testimony linking many of the witnesses, the victim and his client to both alcohol and drug abuse, Buchanio suggested to jurors that Andrea Barndt traveled in a dangerous world, a world that could have produced a killer other than his client.

Numerous witnesses described Andrea Barndt's drug use. She was on probation at the time of her death and had been convicted in 1985 for forging her mother's name more than $3,000 in check

le

has been recovered; and no other witnesses who put Thomas Barndt at the crime scene, Buchanio argued.

District Attorney Daniel Ehrgood, however, stuck to the theme expressed in his opening argument, describing the crime again as one of anger borne of lack of control — Barndt's inability to stop his wife

Andrea Barndt.

Ehrgood pointed to th space as a hiding spot no would know existed and that Bercheny's very inco cies gave him credibility.

"If he was going to lie, he put himself up on the and give what is admitte consistent evidence?" E said. "If Michael Bercheny liar you'd have had a story markably consistent wi known evidence that you say 'My, my.'"



X

**FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331**

**COVER SHEET**

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

***************************************************************************

The cost for filing a civil rights complaint is $150.00.

If you do not have sufficient funds to pay the full filing fee of $150.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

1) the average monthly deposits to your prison account for the past six months; or

2) the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

**CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.**

***************************************************************************

1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $150.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form.** _____

2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court</u>. **Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees.** ✓

**Please Note:** If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**